# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOSH MOSOLF,

    Plaintiff,

v.

EFFICIENT TECHNOLOGY SERVICES LLC and BEN SPITTEL,

    Defendants.

Case No. 19-CV-747-JPS

**ORDER**

On May 20, 2019, Plaintiff filed a complaint alleging violations of the Fair Labor Standards Act and Wisconsin state law. (Docket #1). On May 21, 2019, a summons was issued as to Defendants. On July 8, 2019, Plaintiff filed a notice of voluntary dismissal of this action with prejudice, with each party to bear their own attorneys' fees and costs. (Docket #5). Defendants have not served an answer or response to the complaint or a motion for summary judgment. Therefore, the Court will adopt Plaintiff's notice of voluntary dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #5) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** this action be and the same is hereby **DISMISSED with prejudice**, each side to bear its own costs.

Dated at Milwaukee, Wisconsin, this 15th day of July, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge